IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Hearing reset for 9/18/14 at 1:30 p.m.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 3:08-00245 |
| ) | Judge Trauger |
| MICHAEL WAYNE JOHNSON ) | |
| DEFENDANT ) | |

## MOTION TO CONTINUE

Comes now the defendant, Michael Wayne Johnson, by and through counsel of record, David R. Heroux, and herein moves this Honorable Court to Continue the Hearing on the Petition to Revoke Supervision set for June 17, 2014. The United States has no objection to this motion. In support of this motion the defendant has filed an affidavit under seal.

Respectfully submitted,

**Haymaker & Heroux, P.C.**

s/ David R. Heroux
David R. Heroux, BPR 20798
Attorney for the Defendant
943 Main Street
Nashville, Tennessee 37206
(615) 250-0050